CLOSED, STAYED

# U. S. District Court
# Western District of Arkansas (Fayetteville)
# CIVIL DOCKET FOR CASE #: 5:07-cv-05166-JLH
# Internal Use Only

Penticoff v. Merck & Co., Inc. et al
Assigned to: Honorable Jimm Larry Hendren
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/27/2007
Date Terminated: 12/04/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Thomas L. Penticoff**     represented by **Thomas J. Gayle**
Rainer, Gayle & Elliot, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
337-494-7171
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co., Inc.**     represented by **Jennifer Haltom Doan**
Haltom & Doan, L.L.P.
6500 N. Summerhill Road, Suite 1A
Texarkana, TX 75503
(903) 255-1000
Fax: (903) 255-0800
Email: jdoan@haltomdoan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2007 | 1 | COMPLAINT against Merck & Co., Inc., Pfizer, Inc. ( Filing fee $ 350 receipt number 5000342.), filed by Thomas L. Penticoff.(ct) (Entered: 09/27/2007) |

| | | |
|---|---|---|
| 09/27/2007 | | (Court only) ***Staff notes *** no summons issued (ct) (Entered: 09/27/2007) |
| 09/27/2007 | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Plaintiff Thomas L. Penticoff. Complaint 1 lists multiple attorneys (WALTER UMPHREY, MIKAL WATTS, JOHN EDDIE WILLIAMS, JR., THOMAS GAYLE, GRANT KAISER) appearing for the filer. All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (ct) (Entered: 09/27/2007) |
| 09/27/2007 | | (Court only) Magistrate Notice/Consent Furnished (ct) (Entered: 09/27/2007) |
| 09/27/2007 | | (Court only) ***Staff notes*** CM/ECF NOTICE SENT (ct) (Entered: 09/27/2007) |
| 09/27/2007 | | Remark Copy of docket sheet and complaint sent to Clerk of Judicial Panel on Multidistrict Litigation. (ct) (Entered: 09/27/2007) |
| 10/22/2007 | 2 | ANSWER to Complaint by Merck & Co., Inc..(Doan, Jennifer) (Entered: 10/22/2007) |
| 10/24/2007 | 3 | MOTION to Stay *All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation* by Merck & Co., Inc.. (Doan, Jennifer) (Entered: 10/24/2007) |
| 10/25/2007 | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendant Merck & Co., Inc.. Motion to Stay 3 , Answer to Complaint 2 lists multiple attorneys appearing for the filer (Jennifer Doan and Kristie Wright). All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (ct) (Entered: 10/25/2007) |
| 11/13/2007 | 4 | ORDER granting 3 Motion to Stay pending Judicial Panel on MDL renders decision regarding transfer of the case; Civil Case Terminated. Signed by Honorable Jimm Larry Hendren on November 13, 2007. (ct) (Entered: 11/13/2007) |
| 12/04/2007 | 5 | ORDER REOPENING CASE. Signed by Honorable Jimm Larry Hendren on December 4, 2007. (ct) (Entered: 12/04/2007) |
| 12/04/2007 | 6 | MDL CONDITIONAL TRANSFER ORDER. Case transferred to District of Northern District of California for certain issues and to Eastern District of Louisiana for other issues. Documents transmitted to each district as requested. (ct) (Entered: 12/04/2007) |