1  Williams Kherker Hart Boundas, L.L.P.
   8441 Gulf Freeway, Suite 600
2  Houston, TX 77017-5051
   Telephone: 713-230-2200
3  Facsimile: 713-643-6226
   Attorneys for Plaintiffs
4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  *Franklin Dickerson, et al. v. Pfizer Inc* (07- 1325 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17  *Darlene Bernard v. Pfizer Inc* (07-5745 CRB) | |
| 18  *Violet L. Stroud v. Pfizer Inc* (07-5994 CRB) | |
| 20  *Thomas L. Penticoff v. Pfizer Inc* (07-6147 CRB) | |
| 21  *James Lingerfelt v. Pfizer Inc* (10-0570 CRB) | |

23        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
24  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
25  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
26  //
27  //
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 3/7, 2010   By: _____

**WILLIAMS KHERKER HART BOUNDAS, L.L.P.**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: 713-230-2200
Facsimile: 713-643-6226

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**